UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE TOASTED OAT, INC.,

    Plaintiff,               Case No. 1:21-cv-374

v.                                 Hon. Hala Y. Jarbou

SNACKWERKS OF MICHIGAN, LLC,

    Defendant.
_____/

**ORDER**

Oral argument was held February 1, 2022, on Plaintiff's Motion for Leave to Modify Case Management Order in Order to Serve Additional Discovery Requests (ECF No. 41). As set forth the record, the motion is **DENIED**. The Case Management Order (ECF No. 20) is nonetheless modified. The parties will be allowed 25 requests for admissions and 25 requests for production of documents. Plaintiff shall choose 25 of the requests for admission and 25 of the requests for production of documents that it has already served as its operative discovery request in this case. Defendant shall respond to those requests in the time provided by the rules.

Also heard was Defendant Snackwerk's Motion for a More Definite Statement, or in the Alternative, to Compel Responses to Discovery (EC No. 48). For the reasons stated on the record, that motion is also **DENIED.**

    **IT IS SO ORDERED.**

Dated:  February 2, 2022                /s/ Ray Kent
                                              RAY KENT
                                              United States Magistrate Judge