UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE TOASTED OAT, INC.,

      Plaintiff,                        Case No. 1:21–cv–374

    v.                                    Hon. Hala Y. Jarbou

SNACKWERKS OF MICHIGAN, LLC,

      Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:             February 17, 2022   01:30 PM
Magistrate Judge:    Ray Kent
Place/Location:       584 Federal Building, Grand Rapids, MI

                                          RAY KENT
                                          U.S. Magistrate Judge

Dated:  February 2, 2022        By:   /s/ Faith Hunter Webb_____
                                                        Judicial Assistant