UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE TOASTED OAT, INC.,

    Plaintiff,

v.

SNACKWERKS OF MICHIGAN, LLC,

    Defendant.
_____/

Case No. 1:21-cv-374

Hon. Hala Y. Jarbou

## ORDER

The Court having reviewed Plaintiff's Motion for Leave to Supplement Evidence in Support of Its Response to Defendant's Motion for Summary Judgment (ECF No. 92), **IT IS ORDERED** that Plaintiff's motion (ECF No. 92) is **GRANTED**. The Clerk of the Court is directed to accept Plaintiff's Supplement (ECF No. 92-1) for filing.

IT IS SO ORDERED.

Dated: March 15, 2022

    /s/ Hala Y. Jarbou
    HALA Y. JARBOU
    United States District Judge